# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, N.A., | Case No. 1:15-cv-00491---SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | TWENTY DAY DEADLINE |
| KENNETH J. MCCORMACK, et al., | |
| Defendants. | |

Defendant Kenneth J. McCormack ("Defendant"), appearing pro se in this action, removed this action from state court on March 30, 2015. (ECF No. 1.) Defendant did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Defendant's application was not adequately completed. Defendant declined to answer several questions regarding other possible sources of income. Further, according to the complaint in this action, Defendant has a wife, Co-Defendant Jennie Hubbell McCormack. Defendant's application fails to divulge any financial contribution Jennie Hubbell McCormack provides to the household.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the Court will recommend that Plaintiff's application to proceed in forma pauperis be denied and that this action be dismissed.

IT IS SO ORDERED.

Dated: __**April 1, 2015**__

UNITED STATES MAGISTRATE JUDGE

2