UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK TRUST, N.A, | No. 1:15-CV-00491-KJM-SAB |
| Plaintiffs, | |
| v. | ORDER |
| KENNETH J. MCCORMACK, et al., | |
| Defendants. | |

Defendant Kenneth J. McCormack, appearing without representation, has not paid the filing fee and has not responded to the magistrate judge's order to file an application to proceed *in forma pauperis*. *See* Order Apr. 1, 2015, ECF No. 4. This action is therefore REMANDED to state court.

IT IS SO ORDERED.

DATED: April 30, 2015

_____
UNITED STATES DISTRICT JUDGE

1